UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD DAVIS,<br><br>                    Plaintiff,<br>        v.<br><br>A. BARATS, *et al.*,<br><br>                    Defendants. | Case No. 3:25-cv-00483-MMD-CLB<br><br>**ORDER** |

On September 5, 2025, pro se plaintiff Bernard Davis, an inmate in the custody of the Nevada Department of Corrections, submitted a motion to be appointed a free attorney. ECF No. 1-1. Plaintiff has not filed a complaint, and he neither paid the full $405 filing fee for this action nor applied to proceed *in forma pauperis*. *See* ECF No. 1. The Court will give Plaintiff an opportunity to correct these deficiencies.

**I.    DISCUSSION**

**A.    Plaintiff must file a complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**B.    Plaintiff must pay the filing fee or apply for *in forma pauperis* status.**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all**

**three** of the following documents to the Court: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until November 17, 2025**, to file a complaint.

It is further ordered that Plaintiff has **until November 17, 2025**, to either pay the full $405 filing fee or apply to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and address the matter of the filing fee.

The Clerk of the Court is directed to send Plaintiff Bernard Davis the approved form application to proceed *in forma pauperis* for an inmate with instructions and the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

**DATED**: September 18, 2025.

_____
UNITED STATES MAGISTRATE JUDGE