UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERNARD DAVIS,[1]<br><br>                   Plaintiff,<br>  v.<br>A. BARATS, et al.,<br><br>                   Defendants. | Case No. 3:25-cv-00483-MMD-CLB<br><br>ORDER |

    *Pro se* Plaintiff Bernard Davis initiated this lawsuit by filing a motion to be appointed counsel but did not file a complaint nor pay the $405 filing fee or apply for *in forma pauperis* ("IFP") status. (ECF Nos. 1-1, 1.) So, the Court ordered Plaintiff to file a signed complaint and either pay the full filing fee or file a complete IFP application by November 17, 2025 if he wished to proceed with this action. (ECF No. 3.) Plaintiff responded by filing a motion asking why he has two case numbers, this one and the earlier-filed lawsuit styled *Bernard v. Barats*, Case No. 3:25-cv-00478-ART-CSD ("*Bernard 1*"). (ECF No. 4.) Attached to the motion are copies of the complaint, IFP application, and injunctive relief motion that were filed in *Benard 1* along with the motion for appointment of counsel that was filed in this action and e-filing requests that were processed by the prison's law library. (*Id.* at 2-27.) Having reviewed the motion and exhibits, the Court finds that Plaintiff intended to file only one civil rights lawsuit and that this later action was initiated by mistake.

    It is therefore ordered that this case is administratively closed because it was filed in error. If Plaintiff wishes to pursue his claims, he must do so in Case No. 3:25-cv-00478-

---

[1] Plaintiff's name was erroneously listed on the docket as Davis Bernard, which will be corrected at the end of this order.

1  ART-CSD, and he must list that action's case number in the caption of the documents
2  filed with the Court to ensure proper filing.
3     It is further ordered that the Clerk of the Court change Plaintiff's name on the
4  docket to Bernard Davis and change the case's short title, accordingly, administratively
5  close this case, and file Plaintiff's motion for appointment of counsel (ECF No. 1-1) in
6  Case No. 3:25-cv-00478-ART-CSD. Plaintiff is advised that after the Clerk accomplishes
7  these tasks, the Court will address his IFP application, motions, and complaint in the
8  ordinary course in Case No. 3:25-cv-00478-ART-CSD.
9     DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE